UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRANDEN HERMANSEN,<br><br>               Plaintiff,<br><br>vs.<br><br>SCOTT DAVIS, *et al.*,<br><br>               Defendants. | Case No. 3:18-cv-00495-MMD-WGC<br><br>ORDER RE:<br>**STIPULATION AND ORDER OF DISMISSAL**<br>**WITHOUT PREJUDICE** |

It is hereby stipulated and agreed by and between Plaintiff, Brandon Hermansen, and all Defendants in this matter, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Wade J. VanSickle, Deputy Attorney General, that the above-captioned matter is dismissed, in its entirety, without prejudice, and each party will bear their own attorneys' fees and costs.

///
///
///
///
///
///
///
///

1

1 | This Stipulation for Dismissal Without Prejudice is executed according to the
2 | discussion between the parties at the Early Mediation Conference which took place on
3 | December 17, 2019, and which is memorialized in the Minutes of Proceedings entered as
4 | ECF No.8.

5 | DATED this 24 day of December, 2019.    DATED this 31st day of December, 2019.

AARON D. FORD
Attorney General

By: _____
Branden Hermansen, #71709
Plaintiff, *Pro Se*

By: _____
Wade J. VanSickle, NV Bar #13604
Deputy Attorney General
*Attorneys for Defendants*

IT IS SO ORDERED:

_____
**UNITED STATES DISTRICT JUDGE**

DATED: 12/31/2019